UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
TERRELLE NELSON,                    :
                                    :
          Petitioner,               :      Civ. No. 20-19377 (NLH)
                                    :
     v.                             :      **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
WARDEN BERGAMI,                     :
                                    :
          Respondent.               :
_____:

APPEARANCE:

Terrelle Nelson
70270-050
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

     Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Jane Dattilo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
7th Floor
Newark, NJ 07102

     Attorneys for Respondent

HILLMAN, District Judge

     WHEREAS, Petitioner Terrelle Nelson filed a petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No.

1; and

     WHEREAS, the Court ordered Respondent to answer the

petition on January 8, 2021, see ECF No. 2; and

WHEREAS, Respondent requests an extension until March 10, 2021 to submit its answer, ECF No. 6,

THEREFORE, IT IS on this   9th   day of February, 2021

ORDERED that Respondent's request for an extension, ECF No. 4, is granted.  The response is due March 10, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


                                  s/ Noel L. Hillman
At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.