```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
TERRELLE NELSON,              :
                              :
          Petitioner,         :    Civ. No. 20-19377 (NLH)
                              :
     v.                       :    MEMORANDUM OPINION & ORDER
                              :
                              :
WARDEN BERGAMI,               :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Terrelle Nelson
70270-050
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

    Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Jane Dattilo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
7th Floor
Newark, NJ 07102

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Terrelle Nelson filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on January 8, 2021, see ECF No. 2; and

WHEREAS, Respondent filed its answer, ECF No. 8; and

WHEREAS, Petitioner requests a 30-day extension of time to submit his reply, ECF No. 9,

THEREFORE, IT IS on this 21st day of September,  2021

ORDERED that Petitioner's request for an extension, ECF No. 9, is granted.  The reply is due October 22, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jerseys/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.